No. 04–9776. SPRINGS v. UNITED STATES. C. A. 6th Cir. Reported below: 105 Fed. Appx. 811;

No. 04–9799. FLORENTINO v. UNITED STATES. C. A. 1st Cir. Reported below: 385 F. 3d 60;

No. 04–9800. HARRIS v. UNITED STATES. C. A. 4th Cir. Reported below: 109 Fed. Appx. 583;

No. 04–9844. VELASCO-ORTEGA *v.* UNITED STATES; MARTINEZ-GONZALEZ *v.* UNITED STATES; LUA-GUTIERREZ *v.* UNITED STATES; MADRIGAL-REFUGIO *v.* UNITED STATES; and GUERRERO-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir.;

No. 04–9850. MILES *v.* UNITED STATES. C. A. 6th Cir. Reported below: 116 Fed. Appx. 646; and

No. 04–9932. BYRD *v.* UNITED STATES. C. A. 11th Cir. Reported below: 126 Fed. Appx. 462. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).